Jonah A. Grossbardt (State Bar No.: 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
JAIME VEDRES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME VEDRES, | Case No.: |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| SUNRISE FORD LLC dba SUNRISE FORD FONTANA, | **Demand for Jury Trial** |
| Defendant. | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff JAIME VEDRES by and through his undersigned counsel, brings this Complaint against Defendant SUNRISE FORD LLC dba SUNRISE FORD FONTANA for damages and injunctive relief, and in support thereof states as follows:

1

## SUMMARY OF THE ACTION

1. Plaintiff JAIME VEDRES ("Vedres") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Vedres' original copyrighted works of authorship.

2. Verdes is a photographer and through his work, education, and apprenticeships has gained notoriety in the photographic world. He has been awarded the Roloff Beny Photographic Award in Fine Arts and the Daniel Lanier Award for Fine Art based work.  He has also interned alongside renowned Canadian photograph Dustin Rabin and Dine Alone Records.

3. Defendant SUNRISE FORD LLC DBA SUNRISE FORD FONTANA ("Sunrise") is an automobile dealer in the state of California.

4. Vedres alleges that Sunrise copied Vedres' copyrighted work from the internet in order to advertise, market and promote its business activities.  Sunrise committed the violations alleged in connection with Sunrise's business for purposes of advertising and promoting sales to the public in the course and scope of  Sunrise's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Sunrise is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Sunrise Ford LLC dba Sunrise Ford Fontana is a California limited liability company with its principal place of business at 16005 Valley Boulevard, Fontana, California, 92335, and can be served by serving its Registered Agent, Mr. Robert M. Bruncati, 18150 Foothill Boulevard, Fontana, CA 92335.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2013, Vedres created a photograph entitled "Ford Rain", which is shown below and referred to herein as the "Work".



11. At the time Vedres created the Work, Vedres applied copyright management information to the Work consisting of the word "JaimeVedres.com" in the lower right corner of the photograph.

12. Vedres registered the Work with the Register of Copyrights on January 30, 2018 and was assigned the registration number VA 2-085-865. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Vedres was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Sunrise has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Sunrise copied the Work.

16. Sunrise copied Vedres' copyrighted Work without Vedres' permission.

17. After Sunrise copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its automobile sales company.

18. Sunrise copied and distributed Vedres' copyrighted Work in connection with Sunrise's business for purposes of advertising and promoting Sunrise's business, and in the course and scope of advertising and selling products and services.

19. Vedres's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Sunrise committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Vedres never gave Sunrise permission or authority to copy, distribute or display the Work at issue in this case.

22. On December 18, 2015, Vedres provided written notice to Sunrise that its posts on social media were infringing on Vedres' rights and demanded that Sunrise immediately cease and desist any further use of the infringing photo. Sunrise ignored the notice. Vedres is entitled to equitable relief, permanent injunction, and redress for Sunrise's willful, intentional and purposeful use and exploitation of the infringing photo for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Vedres' rights.

23. When Sunrise copied and displayed the Work at issue in this case, Sunrise removed Vedres' copyright management information from the Work.

24. Vedres never gave Sunrise permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Plaintiff incorporates the allegations of paragraphs 1 through 244 of this Complaint as if fully set forth herein.

26. Vedres owns a valid copyright in the Work at issue in this case.

27. Vedres registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Sunrise copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Vedres' authorization in violation of 17 U.S.C. § 501.

29. Sunrise performed the acts alleged in the course and scope of its business activities.

30. Vedres has been damaged.

31. The harm caused to Vedres has been irreparable.

**COUNT II**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

32. Plaintiff incorporates the allegations of paragraphs 1 through 244 of this Complaint as if fully set forth herein.

33. The Work at issue in this case contains copyright management information ("CMI").

34. Sunrise knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the works at issue in this action in violation of 17 U.S.C. § 1202(b).

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

35. Sunrise committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Vedres' rights in the Works at issue in this action protected under the Copyright Act.

36. Sunrise caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Vedres' rights in the works at issue in this action protected under the Copyright Act.

37. Vedres has been damaged.

38. The harm caused to Vedres has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Sunrise Ford LLC dba Sunrise Ford Fontana that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  April 10, 2018

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
Attorneys for Plaintiff Jaime Vedres